UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-00877-PGB-DCI

ADVENTIST HEALTH SYSTEM
SUNBELT CORPORATION,
a Florida not for profit corporation,

        Plaintiff,

vs.

MICHAEL H. WEISS, P.C., a California
professional corporation, MICHAEL H.
WEISS, a California resident, TOMAX
CAPITAL MANAGEMENT, INC., a
California corporation, and YEHORAM
TOM EFRATI, a California resident,

        Defendants.
_____/

## DEFENDANTS MICHAEL H. WEISS, P.C. AND MICHAEL H. WEISS' NOTICE OF PENDENCY OF OTHER ACTION

Defendants, MICHAEL H. WEISS, P.C. and MICHAEL H. WEISS (the "Weiss Defendants"), hereby certify and give notice pursuant to Local Rule 1.04(d) and the Court's Related Case Order and Track Two Notice [ECF No. 3] that the instant action, filed on May 28, 2020, concerns the subject matter of a similar or related case filed on June 2, 2020 and pending before the Superior Court of the State of California for the County of Los Angeles: *Michael H. Weiss, P.C. v. Tomax Capital Management, Inc., et al.*, Case No. 20STCV20698. The California state court action was filed after this action was filed.

Dated: June 17, 2020

1
Keller Landsberg PA
Broward Financial Centre, 500 E. Broward Boulevard, Suite 1400, Fort Lauderdale, FL 33394

Respectfully submitted,

KELLER LANDSBERG PA

*/s/ D. David Keller*
D. David Keller
Fla. Bar No.: 288799
Email: david.keller@kellerlandsberg.com
Email: laura.kelly@kellerlandsberg.com
KELLER LANDSBERG PA
*Counsel for Defendants, Michael H.*
*Weiss, P.C. and Michael H. Weiss*
Broward Financial Centre, Suite 1400
500 East Broward Boulevard
Fort Lauderdale, FL 33394
Telephone: (954) 761-3550
Facsimile: (954) 525-2134

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **17th** day of June, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send the foregoing to counsel of record on the attached Service List.

*/s/ D. David Keller*
D. David Keller
Fla. Bar No.: 288799

**SERVICE LIST**

Mayanne Downs, Esq.
Jason Zimmerman, Esq.
Joshua Bachman, Esq.
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
P.O. Box 3068
Orlando, Florida 32802
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
mayanne.downs@gray-robinson.com
jason.zimmerman@gray-robinson.com
ioshua.bachman@gray-robinson.com
cindi.garner@gray-robinson.com
kathy.savage@gray-robinson.com
*Counsel for Plaintiff*

Laurence J. Pino, Esq.
Pino Law
PinoNicholson PLLC
99 South New York Avenue
Orlando, Winter Park, Florida 32789
Telephone: (407) 425-7831
Facsimile: (407) 206-6565
ljp@pinonicholsonlaw.com
*Counsel for Defendants, Tomax Capital Management, Inc. and Yehoram Tom Efrati*