# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CORPORATION, a Florida not for profit corporation,<br><br>     Plaintiff,<br>v.<br><br>MICHAEL H. WEISS, P.C., a California professional corporation; MICHAEL H. WEISS, a California resident; and TOMAX CAPITAL MANAGEMENT, INC., a California corporation, and YEHORAM TOM EFRATI, a California resident.<br><br>     Defendants. | Case No.: 6:20-CV-00877-PGB-DCI |

## **PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_X_ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Respectfully submitted this 17th day of June, 2020.

                                           /s/ Mayanne Downs
                                           **Mayanne Downs as Trial Counsel**
                                           Florida Bar No. 754900

**Jason Zimmerman**
Florida Bar No. 104392
**Joshua Bachman**
Florida Bar No. 98238
GrayRobinson, P.A.
301 East Pine Street, Suite 1400 (32801)
P.O. Box 3068
Orlando, Florida 32802
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
mayanne.downs@gray-robinson.com
jason.zimmerman@gray-robinson.com
joshua.bachman@gray-robinson.com
cindi.garner@gray-robinson.com
kathy.savage@gray-robinson.com

*Attorneys for Plaintiff,* ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2020, a true and correct copy of the foregoing was filed through the CM/ECF system which will serve an electronic copy on:

| | |
|---|---|
| D. David Keller | Laurence J. Pino |
| Keller Landsberg, P.A. | PinoNicholson, PLLC |
| 500 East Broward Boulevard | 99 South New York Avenue |
| Suite 1400 | Winter Park, Florida 32789 |
| Fort Lauderdale, FL 33394 | ljp@pinonicholsonlaw.com |
| david.keller@kellerlandsberg.com | *Counsel for Defendants Tomax* |
| *Counsel for Defendants Michael H.* | *Capital Management, Inc. and* |
| *Weiss and Michael H. Weiss, P.C.* | *Yehoram Tom Efrati* |

    /s/ *Mayanne Downs*
Mayanne Downs
Florida Bar No. 754900