IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CORPORATION, a Florida not for profit corporation,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL H. WEISS, P.C., California professional corporation; MICHAEL H. WEISS, a California resident; TOMAX CAPITAL MANAGEMENT, INC., a California corporation; and YEHORAM TOM EFRATI, a California resident,<br><br>      Defendants. | Case No.: 6:20-CV-00877-PGB-DCI |

**UNOPPOSED MOTION TO SEAL EXISTING EXHIBIT "A" AND ADD ATTACHED REDACTED EXHIBIT "A" IN DOCS. 18-1 AND 19**

Plaintiff Adventist Health System Sunbelt Healthcare Corporation (AdventHealth) files this motion and respectfully requests this Court order the Clerk to seal the existing Exhibit "A" and add the attached Exhibit "A" to Doc. 18-1 and Doc. 19, and states:

1. On July 8, 2020, Plaintiff filed its Motion to Correct Scrivener's Error and attached Amended Complaint with Exhibit "A" to the motion [Doc. 18-1].

2. On July 9, 2020, Plaintiff filed its Amended Complaint [Doc. 19].

3. Doc. 18-1 and Doc. 19 each have the same Exhibit "A" attached, entitled "Paymaster Agreement." Both documents were inadvertently filed containing confidential information that requires redaction.

4. Additionally, the current Exhibit "A" does not include the last page of the exhibit, the Purchase Order, which was contained in the original complaint and was inadvertently left off the exhibit filed with the amended complaint.

5. Plaintiff respectfully requests this Court order the clerk to seal the existing Exhibit "A" Paymaster Agreement and add the attached, properly redacted Exhibit "A" Paymaster Agreement and Purchase Order to both Doc. 18-1 and Doc. 19.

6. Pursuant to Local Rule 3.01(g), Jeff Aaron, counsel for Plaintiff conferred with Sean Southard, counsel for Defendants Efrati and Tomax, and with David Keller, counsel for Defendants Weiss and the Weiss Law Firm, who both agree to the requested relief.

WHEREFORE, Plaintiff respectfully requests this Court order the Clerk to seal the existing Exhibit "A" and add the attached Exhibit "A" to Doc. 18-1 and Doc. 19.

Respectfully submitted this 22nd day of September, 2020,

/s/ Joshua Bachman
**Mayanne Downs as Trial Counsel**
Florida Bar No. 754900
**Jason Zimmerman**
Florida Bar No. 104392
**Joshua Bachman**
Florida Bar No. 98238
GrayRobinson, P.A.
301 East Pine Street, Suite 1400 (32801)
P.O. Box 3068
Orlando, Florida 32802
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
mayanne.downs@gray-robinson.com
jason.zimmerman@gray-robinson.com
joshua.bachman@gray-robinson.com
cindi.garner@gray-robinson.com
kathy.savage@gray-robinson.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2020, a true and correct copy of the foregoing was filed through the CM/ECF system which will serve an electronic copy on

| | |
|---|---|
| D. David Keller<br>Keller Landsberg, P.A.<br>500 East Broward Boulevard<br>Suite 1300<br>Fort Lauderdale, FL 33394<br>david.keller@kellerandlandsberg.com<br>laura.keller@kellerandlandsberg.com<br>*Counsel for Michael H. Weiss and*<br>*Michael H. Weiss, P.C.* | Laurence J. Pino<br>Sean M. Southard<br>PinoNicholson, PLLC<br>99 South New York Avenue<br>Winter Park, Florida 32789;<br>ljp@pinonicholsonlaw.com<br>sean.southard@pinonicholsonlaw.com<br>*Counsel for Tomax Capital Management,*<br>*Inc. and Yehoram Tom Efrati &* |

/s/ *Joshua Bachman*
Joshua Bachman
Florida Bar No. 98238