UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:20-cv-00877-PGB-DCI

ADVENTIST HEALTH SYSTEM
SUNBELT CORPORATION,
a Florida not for profit corporation,

        Plaintiff,

vs.

MICHAEL H. WEISS, P.C., a California
professional corporation, MICHAEL H.
WEISS, a California resident, TOMAX
CAPITAL MANAGEMENT, INC., a
California corporation, and YEHORAM
TOM EFRATI, a California resident,

        Defendants.
_____/

## CONSENT FINAL JUDGMENT AGAINST DEFENDANTS

THIS CAUSE having come before the Court upon the Motion for Entry of Consent Final Judgment ("Motion") filed by Plaintiff, Adventist Health System Sunbelt Corporation, attaching a fully executed Consent to Entry of Consent Final Judgment, and the Court being otherwise fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

    1.    This Court has jurisdiction over the parties and matters contained herein.

    2.    Defendants' last known addresses are as follows:

    a.    YEHORAM TOM EFRATI IS 7241 WOODROW WILSON DRIVE, L. A., CALIFORNIA 90068.

b.	TOMAX CAPITAL MANAGEMENT, INC. IS 3151 CAHUNEGA BLVD., SUITE 309, L.A. CALIFORNIA 90068.

3.	Plaintiff's address is 900 Hope Way, Altamonte Springs, FL 32714.

4.	Pursuant to the parties' Settlement Agreement and Mutual Release ("Agreement"), the Motion, and Defendants' Consent to Entry of Consent Final Judgment, Defendants have defaulted under the Settlement Agreement.

5.	As a result of the Default, Plaintiff is entitled to a judgment in its favor.

6.	Plaintiff shall recover from Defendants, jointly and severally, the sum calculated as the difference between One Million and Five Hundred Thousand ($1,500,000) Dollars, less the following amounts collected pursuant to the Settlement Agreement of $0.00, plus contractual interest in the amount of $10,573.39, for a total judgment amount of $1,510,573.39 for which sums let execution issue.

7.	Pursuant to the Agreement, Plaintiff is entitled to recover against the Defendants, jointly and severally, attorney's fees and costs that Plaintiff incurred in enforcing the Agreement and collecting this judgment. This Court retains jurisdiction to determine the amount of attorney's fees and costs owed to Plaintiff.

8.	The Court retains jurisdiction over this matter for the purpose of making any and all further orders which are necessary and appropriate, including enforcement of this Final Judgment and determination of the amount of attorney's fees Plaintiff is entitled to recover against Defendants.

**DONE AND ORDERED** in Orlando, Florida on May 12, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record